State of New York
Office of Mental Health

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for Involuntary Admission

Person's Name (Last, First, M.I.): Smith Ervin   101.68c
Sex: M
Date of Birth: 6/6/63
Address: CPC   8B

## CERTIFICATION

I, **BALJIT K. SINGH MD** (Name of Examining Physician), hereby certify that:

1. I am a physician licensed to practice medicine in New York State.
2. I have with care and diligence personally examined the above named person on: 10/21/03 at Creedmoor Psych. Center (place where examined)
3. I find:
   a. this person has a mental illness for which care and treatment in a mental hospital is appropriate;
   b. as a result of this mental illness, this person poses a substantial threat of harm to him/herself or others ("substantial threat of harm to him/herself" shall include the inability to safely survive in the community); and
   c. hospitalization can reasonably be expected to improve this person's condition or at least prevent his/her deterioration.
4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.
5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.
6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.
7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

Signature: B. K. Singh MD
Print Name Signed: BALJIT K. SINGH MD
Phone Number: (718) 264-4008
Title: Psych. I
Address: CPC 80-45 Winchester Blvd. Queens Village NY 11427
Date: 10/21/03   Time: 11:30 AM

40 yr old A/A, S/M was admitted to CPC on a CPL 730.40 status transferred from Rikers Island Prison. On 9/23/2003 he was arrested & charged with criminal possession of a controlled substance VII. He was found to possess crack & crack pipe. On arrest he was found to be dishevelled.

CPC 05 1507

unco-operative, unable to participate in his defense. On a court ordered CPL evaluation he was found Not Fit to Proceed.

He has past h/o Psych. admissions including about 10 CPC admissions. Last admitted to CPC from 10/25/1999 to 10/9/1999. H/o tx. treatment non-compliance. H/o drug abuse.

At present pt. a tall B/M, stated age, unco-operative, vague, guarded & evasive, preoccupied internally. Pt. seemed suspicious, paranoid. Insight & judgement grossly impaired. Oriented x3, alert. Memory intact both R/R.

At present Pt. is unable to be managed in the community, needs Continued Psych. In-Patient treatment.

CPC 05 1508