FORM OMH 471A (1-89)

State of New York
Office of Mental Health

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Person's Name (Last, First, M.I.)
OH, Frederick

Sex: Male

Date of Birth: 6/12/80

Address: CPC

## CERTIFICATION

I, _PHILIP NINAN_, hereby certify that:

*(Name of Examining Physician)*

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person

   on: | 0 | 4 | 2 | 4 | 0 | 2 |
   | MO. | DAY | YEAR |
   
   at _CPC/Admissions area_
   *(place where examined)*

3. I find:
   a. this person has a mental illness for which care and treatment in a mental hospital is appropriate;
   b. as a result of this mental illness, this person poses a substantial threat of harm to him/herself or others ("substantial threat of harm to him/herself" shall include the inability to safely survive in the community); and
   c. hospitalization can reasonably be expected to improve this person's condition or at least prevent his/her deterioration.

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

Signature: _Ninan MD_

Print Name Signed: _P- NINAN_

Title: _Staff Psychiatrist_

Address: _20-45 Winchester Blvd, Queens Village NY 11427_

Phone Number: _718 264 4140_

Date: | 04 | 24 | 02 |
| Mo. | Day | Yr. |

Time: | 3 | 30 | PM |
| Hr. | Min. |

_21 yr old single male a resident of Crisis Residence who over the past several weeks has been LHOC on several occasions. Yesterday pt went to the bank where his aunt works and was agitated, demanding money. On his return to CPC he was irritable_

Form OMH 471 A (1-89) page 2

| | Person's Name (Last, First, M.I.) |
|---|---|

and was referred for inpatient
stabilization. In the admissions
area Pt became assaultive
and threatening and was
involved in a fight c a staff
member. He neede inpatient
stabilization at this time

FORM OMH 471A (1-89)

State of New York
Office of Mental Health

Person's Name (Last, First, M.I.)

*120128*

*Ott   Frederick*

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Sex *male*    Date of Birth *6/12/80*

Address *CPC*

## CERTIFICATION

I, _____*ANTOINE   LESLIE   M.D.*_____, hereby certify that:
   (Name of Examining Physician)

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person

   on: *04 24 02* at *CPC   Admitting   Area*
       MO. DAY YEAR        (place where examined)

3. I find:
   a. this person has a mental illness for which care and treatment in a mental hospital is appropriate;
   b. as a result of this mental illness, this person poses a substantial threat of harm to him/herself or others ("substantial threat of harm to him/herself" shall include the inability to safely survive in the community); and
   c. hospitalization can reasonably be expected to improve this person's condition or at least prevent his/her deterioration.

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| Signature *Antoine* | Print Name Signed *L. ANTOINE* | Title *M.D. Psychiatrist* |
|---|---|---|
| Address *80-45 Winchester Blvd* *Queens Village, N.Y. 11427* | Phone Number *(718)* *264-4139* | Date *4 24 02* MO. DAY YR.   Time *3 30* AM Hr. Min. PM |

*21 year old single, unemployed white male residing at Stepping Stone / Crisis Residence was brought here to admitting area because of agitated, hostile, disruptive, combative, threatening and assaultive behavior. While patient was sitting in admitting, repeatedly, he assaulted staff*

Form OMH 471 A (1-89) page 2

| | Person's Name (Last, First, M.I.) |

members, involving in a fight with a roommate for any reason.

Patient is presently very hostile, irritable, uncooperative potentially dangerous to himself and others, requiring inpatient care at this time.

CPC-04    01924

Office of Mental ?

Person's Name (Last, First, M.I.)

DeLuise, Joseph

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Sex.... M .............................Date of Birth 8/2/6

Address      CMC

## CERTIFICATION

I, __BALJIT K. SINGH MD__, hereby certify that:

*(Name of Examining Physician)*

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person

   on: | 11 | 21 | 61 |   at __Creedmoor Psych. Center__
       | MO. | DAY | YEAR |

   *(place where examined)*

3. I find:
   a. this person has a mental illness for which care and treatment in a mental hospital is appropriate;
   b. as a result of this mental illness, this person poses a substantial threat of harm to him/herself or others ("substantial threat of harm to him/herself" shall include the inability to safely survive in the community); and
   c. hospitalization can reasonably be expected to improve this person's condition or at least prevent his/her deterioration.

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| Signature B. K. Singh MD | Print Name Signed B. K. SINGH MD | Title Psych. I |
|---|---|---|
| Address CPC 80-45 Winchester Blvd. QONY 11427 | Phone Number (718) 264-4008 | Date Mo 11 Day 29 Yr. ? | Time Hr. Min. |

33 y3/old, w/s/m, homeless admitted
to CPC on 11/12/01 on a CPL 730-40 81
transferred from Kings County Hosp
on 10/25/01. Pt. was arrested on the
charges of Criminal Tresspass II. He
was found sleeping on the roof (8th
landing) of building next to his

| CERTIFICATE OF EXAMINING PHYSICIAN | Person's Name (Last, First, M.I.) |
|---|---|
| | Hoggard, Kim |
| | Sex . . . . . . . . . . . . . . . . . . . . . . . Date of Birth . . . . . . . . . . . . . . . . . . . . . . . |
| To Support and Application for Involuntary Admission | Female        5/19/65 |
| | Address   80-45 Winchester Blvd., Queens Village, NY 11427 |

## CERTIFICATION

I,   **Cynthia De Los Santos, M.D.**                                          hereby certify that:

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person.

   on:   **6/30/05**   at *Creedmoor Psychiatric Center.*

3. I find:
   a. this person is in need of involuntary care and treatment in a hospital providing inpatient services for the mentally ill *("in need of involuntary care and treatment" means that the person has a mental illness for which care and treatment as a patient in a hospital is essential to such person's welfare and whose judgement is so impaired that he or she is unable to understand the need for such care and treatment)*; and
   b. as a result his or her mental illness, this person poses a substantial threat of harm to self or others *("substantial threat of harm" may encompass (ii) the person's refusal or inability to meet his or her essential need for food, shelter, clothing, or health care, or (ii) the person's history of dangerous conduct associated with non-compliance with mental health treatment programs).*

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| Signature | Print Name Signed | Title | | |
|---|---|---|---|---|
| *[signature]* | **Cynthia De Los Santos** | **Psychiatrist** | | |
| Address | Phone Number | Date | | Time |
| 80-45 Winchester Blvd., Queens Village, NY 11427 | 718-264-5046 | 6/30/05 | | 11:00 A.M. |
| | | Mo. | Day | Yr. | Hr. | Min. | AM/PM |

40 year old African American female, with no history of psychiatric treatment prior to 2005, was brought to CPC from Riker's Island on a CPL 730.40, charged with Criminal Contempt II. It was alleged that she violated an order of protection on 6/10/05, obtained by her father when she was angry, belligerent and threatening . The order of protection was from 5/2/05 until 6/22/05, and upon conversation with the father, he planned to renew it. The pt. was not forthcoming with her history, denied that an order of protection was obtained and contradicted what was reported in the evaluation done at the Queens Forensic Court Clinic. Her current mental status presents as a hypervigilant, irritable female, with marked guardedness and evasiveness. She insists that she should not be here, and perseverates about the judge not informing her, devaluing her lawyer's involvement. Paranoid delusions are evident, with no hallucinations observed or reported. She shows no insight and her judgment is impaired. She needs hospitalization for stabilization and treatment, is at risk to the safety of others.

**CPC  05  1064**

Form OMH 471 A (1-89) page 2

| | Person's Name (Last, First, M.I.) |
|---|---|

grandmother's Building, He has past
H/o similiar arrest. On CPL
evaluation Pt. was found Not Fit
to proceed.

On evaluation Pt. a young
W/m, stated age, superficially
calm & easily excitable. Affect
seemed irritable Intense. Pt. tends
to become argumentative mini-
mizes his behavioral problems
or the impact his Tresspassing
has on others. Pt. presents
as suspicious & Paranoid. Insight
& judgement is grossly impaired
denied Suicidal Nor homicidal
ideas or plans however he
is considered a potential
danger to self Nor others
due to his H/o Tresspassing.

Pt. not able to be mana-
ged in the Community & needs
further Psych. In. Patient
admission.

CPC-04    00149

Office of Mental He

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Person's Name (Last, First, M.I.)

_DeLuise, Joseph_

Sex _M_                     Date of Birth _8/2/6._

Address _CPC_

## CERTIFICATION

I, _CYNTHIA DE LOS SANTOS, MD_ , hereby certify that:
(Name of Examining Physician)

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person
   on: | 11 | 20 | 01 |   at _Creedmoor Psychiatric Center_
       | MO. | DAY | YEAR |                    (place where examined)

3. I find:
   a. this person has a mental illness for which care and treatment in a mental hospital is appropriate;
   b. as a result of this mental illness, this person poses a substantial threat of harm to him/herself or others ("substantial threat of harm to him/herself" shall include the inability to safely survive in the community); and
   c. hospitalization can reasonably be expected to improve this person's condition or at least prevent his/her deterioration.

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| Signature _Cynthia_ | Print Name Signed _CYNTHIA DE LOS SANTOS_ | Title _MD_ |
|---|---|---|

| Address _80-45 WINCHESTER BLVD_ | Phone Number _264-5046_ | Date | | | Time |
|---|---|---|---|---|---|
| | | 11 Mo. | 20 Day | 01 Yr. | 11 Hr. | Min. |

33 y/o  Italian/Irish American ♂, admitted to CPC
on 11/19/01 as a CPL 730.40, after being charged c
criminal trespass II  Pt acknowledge he was
sleeping in the flight landing of the rooftop where his
grandmother lived, has been homeless x 4 years.
Pt has a h/o ETOH and cocaine abuse and he
claims his last use was "2 years ago". Pt is

Form OMH 471 A (1-89) page 2

| | Person's Name (Last, First, M.i.) |
| --- | --- |
| | DeLuise, Joseph |

evasive and minimizes
extent and severity of substance abuse.
Pt externalizes and blames others for his
predicament. Pt c̄ H/o assault. ___

MSE: Pt paranoid delusions are evident as pt
states he is "controlled by the government"
⊕ grandiose delusions
no current hallucinations, no current
suicidal or homicidal behavior.
Speech is spontaneous and overproductive, circumstantial
mood is irritable at times. affect is appropriate to mood

Pt needs hospitalization considering presence of
delusions, tenseness, lack of insight, H/o
poor impulse control, tenseness and drug abuse

FORM OMH-471A (1-89)

State of New York
Office of Mental Health

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Person's Name (Last, First, M.I.)

Milanitek Margarita

Sex: F          Date of Birth: 4/25/68

Address: CPC          8B/133

## CERTIFICATION

I, _SYAMALA G. DAS M.D_ , hereby certify that:
  (Name of Examining Physician)

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person
   on: | 01 | 04 | 02 | at _Creedmoor Psychiatric Center_
        MO. DAY YEAR        (place where examined)

3. I find:
   a. this person has a mental illness for which care and treatment in a mental hospital is appropriate;
   b. as a result of this mental illness, this person poses a substantial threat of harm to him/herself or others ("substantial threat of harm to him/herself" shall include the inability to safely survive in the community); and
   c. hospitalization can reasonably be expected to improve this person's condition or at least prevent his/her deterioration.

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| Signature | Print Name Signed | Title |
|---|---|---|
| Syamala Das | SYAMALA G. DAS M.D | Psychiatrist I |

| Address 80-45 Winchester Blvd Queens Village NY 11427 | Phone Number 718 - 264 - 4008 | Date 01 MO. 04 Day 02 Yr. | Time 3 Hr. 10 Min. AM/PM |

This is a 33 yrs old Ukranian Woman, Single and Unemployed, admitted to 8B following an incident on 7B this morning. According to the patient she was not taking medication for last few days and today the nurse gave her the medicine. "The nurse pushed me and I pushed her back". As per her psychiatrist at QVOPD pt has not been attending the program regularly, and she Compliance

Form OMH 471 A (1-89) page 2

Person's Name (Last, First, M.I.)

of medication was also questionable. She was also
abusing the "pot". On evaluation she is calm
at present, admits to not attending the program
regularly and non compliant with medication.
She denies hearing voices, no overt delusions
elicited at this time. Her mood is labile
and has unpredictable behavior. Pt is admitted
to 8B on 2 Pc status because of agitated unpredictable
behavior.

Syamala Dasari

FORM OMH 471A (1-89)

State of New York
Office of Mental Health

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Person's Name (Last, First, M.I.)

*Ledesma Narcisa 12116*

Sex *F*  Date of Birth *4/30/61*

Address *CPC*  *8b*

## CERTIFICATION

I, _____*Aneta Predanic, MD*_____, hereby certify that:
*(Name of Examining Physician)*

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person
   on: | 0 | 1 | 8 | 0 | 2 | at *Creedmore Psychiatric Center*
       | MO | DAY | YEAR |
                              *(place where examined)*

3. I find:
   a. this person has a mental illness for which care and treatment in a mental hospital is appropriate;
   b. as a result of this mental illness, this person poses a substantial threat of harm to him/herself or others ("substantial threat of harm to him/herself" shall include the inability to safely survive in the community); and
   c. hospitalization can reasonably be expected to improve this person's condition or at least prevent his/her deterioration.

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| Signature *[signature]* | Print Name Signed *ANETA PREDANIC, MD* | Title *Psych II* |
|---|---|---|
| Address *80 45 Winchester Blvd, Queens Village* *Phone Number 718 264 4129* | *11427* | Date Mo. *18* Day *02* Yr. *11* Time Hr. *55* Min. *PT* |

*Pt is a 41 y/o F, transferred from Rikers Island, on CPC 730.40 status. Pt was charged c̄ assault in third degree and resisting arrest, that were brought up by her husband. Pt is very guarded, refuses to give adeq information about herself, refuses to give any phone numbers of significant others. She states that she doesn't want any benefits. Pt*

Form OMH 471 A (1-89) page 2

| | Person's Name (Last, First, M.I.) |
|---|---|

also states that her husband has done bad things, but wouldn't talk about it — states that "everybody knows, they showed it on TV".

For now, pt is in need of inpatient level of care, for further evaluation and her safety.

_[signature]_ MD

FORM OMH 471A (1-89)

State of New York
Office of Mental Health

## CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Person's Name (Last, First, M.I.)

LEDESMA, NARUSA

Sex:  F          4/30/61
Date of Birth

Address  CPC - 8B

## CERTIFICATION

I,  CYNTHIA DE LOS SANTOS , hereby certify that:
*(Name of Examining Physician)*

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person
   on: [0][1] [8] [0][2]  at  Creedmoor Psych. Ctr
       MO  DAY  YEAR          *(place where examined)*

3. I find:
   a. this person has a mental illness for which care and treatment in a mental hospital is appropriate;
   b. as a result of this mental illness, this person poses a substantial threat of harm to him/herself or others ("substantial threat of harm to him/herself" shall include the inability to safely survive in the community); and
   c. hospitalization can reasonably be expected to improve this person's condition or at least prevent his/her deterioration.

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| Signature | Print Name Signed | Title |
|---|---|---|
| [signature] | CYNTHIA DE LOS SANTOS | MD |

| Address | Phone Number | Date | | | Time | |
|---|---|---|---|---|---|---|
| 80-45 WINCHESTER BLVD | 264. 4008 | 1 Mo. | 18 Day | 02 Yr. | 1 30 Hr. Min | A P |

44/yo Hispanic female who was
admitted to CPC on 1/15/02 upon transfer
from Riker's Island on a CPL charged c
assault in the 3rd, resisting arrest.
Pt minimizes even denies her reason
for arrest. She has no idea why she is here.
Her MSE: Pt is Hispanic, looks stated age,

Form OMH 471 A (1-89) page 2

| Person's Name (Last, First, M.I.) |

Neatly groomed, good eye contact, spontaneous speech, i'c Spanish accent, can speak and understand English to a degree. Her tone is normal, somewhat pressured; circumstantial and tangential, i.e. discusses at length her reason for arrest — "husband called the police", He I told them there were people working on my door".
Paranoid ideations focused on "ex-husband's family", "they write things down to get me in trouble"; illogical, accuses a teacher of forging her name on or her son's letter, "went to a judge to sue" but pt cannot specify why a teacher would forge her name, nor specify the reason why she went to the judge.
No suicidal or homicidal plans elicited. No hallucinations reported.
Pt needs hospitalization for observation.
(Pt is an unreliable historian).

FORM OMH 471A (1-89)

State of New York
Office of Mental Hea

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Person's Name (Last, First, M.I.)   121-13

Kim Ayoung
(Lee)

Sex  F   12/25/8   Date of Birth

Address  CPC   133 8 [

## CERTIFICATION

I, _B. K. SINGH MD_ , hereby certify that:
(Name of Examining Physician)

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person
   on: | 1 | 2 | 2 | 7 | 0 | 1 | at _Creedmore Psych. Center_
       MO. | DAY | YEAR                    (place where examined)

3. I find:
   a. this person has a mental illness for which care and treatment in a mental hospital is appropriate;
   b. as a result of this mental illness, this person poses a substantial threat of harm to him/herself or others ("substantial threat of harm to him/herself" shall include the inability to safely survive in the community); and
   c. hospitalization can reasonably be expected to improve this person's condition or at least prevent his/her deterioration.

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

Signature  B. K. Singh MD   Print Name Signed  B. K. SINGH MD   Title  Psych - I

Address  CPC   Phone Number  (718) 264-4008   Date 12 27 0   Time 11:15
80-45 winchester Blvd.   QUNY 11427   Mo. Day Yr. Hr. Min. P

31 yr old Korean, Female was admitted to CPC on 12/26/2001 on a CPL 730 final order of observation transferred from EHC forensic services. On 11/3/2001 Pt. was arrested on charges of Petite larceny & Criminal possession of Stolen property 5°

Form OMH 471 A (1-89) page 2

Person's Name (Last, First, M.I.)

Allegedly Pt. stole two pairs of gloves
from a store. She was held in the
custody of Rikers Island prison.
She was found to be confused, disorga
-nized, agitated, excitable, suspi-
-cious, delusional. She was found
to be irrelevant, illogical when
interviewed through a Korean-
speaking interpretor. She is alert,
concious, ambulatory. insight &
judgement grossly impaired. She
is considered not able to care
for herself. She is not able
to be managed in the community
Pt. needs Continued Psych. In-
-Patient treatment.

CPC-04   00290

FORM OMH 471A (1-89)

State of New York
Office of Mental Health

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Person's Name (Last, First, M.I.)

_Jackson Harlan AKA Jesus_    1212

Sex _M_    Date of Birth _1/15/82_

Address _CPC_

## CERTIFICATION

I, _Aweta Predanic, MD_ , hereby certify that:
      (Name of Examining Physician)

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person
   on: | 0 2 | 1 3 | 0 2 | at _Creedmoor Psychiatric Center_
       | MO. | DAY | YEAR |                    (place where examined)

3. I find:
   a. this person has a mental illness for which care and treatment in a mental hospital is appropriate;
   b. as a result of this mental illness, this person poses a substantial threat of harm to him/herself or others ("substantial threat of harm to him/herself" shall include the inability to safely survive in the community); and
   c. hospitalization can reasonably be expected to improve this person's condition or at least prevent his/her deterioration.

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| Signature _[signature]_ | Print Name Signed **A. PREDANIC, M.D** | Title _Psyche I_ |

| Address _80 45 Winchester Blvd, Queens Village NY_ | Phone Number _( 718 ) 264 - 4129_ | Date | Time |
| | | 02 | 13 | 02 | 3 | 15 | P |
| | | MO | DAY | YEAR | Hr | Min |

Pt is a 20 y/o BM transferred from Kings County Hospital Cent. Pt was charged c Attempted Grand Larceny 1st and Attempted Petit Larceny.

Pt presents as very hyperactive c pressured speech c grandiose delusions that he is God that he's a/[?] ball that he is a rap star and that he was a special gift. Pt was reportedly aggressive and threatening while at Kings County

Form OMH 471 A (1-89) page 2

| | Person's Name (Last, First, M.I.) |
|---|---|

Psychiatric Hospital. Given his sxs, pt is unable to care for self and presents a danger to himself/others and therefore requires continued inpatient level of care.

*[signature]*

FORM OMH 471A (1-89)                                                                State of New York
                                                                                   Office of Mental Hea_

## CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Person's Name (Last, First, M.I.)

_Jackson  Jermaine_

Sex  _M_                          Date of Birth  _1/15/82_

Address  _CPC_

## CERTIFICATION

I, _CYNTHIA  DE LOS SANTOS, MD_ , hereby certify that:

(Name of Examining Physician)

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person
   on:  _02 | 13 | 02_      at  _CPC - 8B_
        MO  DAY  YEAR              (place where examined)

3. I find:
   a. this person has a mental illness for which care and treatment in a mental hospital is appropriate;
   b. as a result of this mental illness, this person poses a substantial threat of harm to him/herself or others ("substantial threat of harm to him/herself" shall include the inability to safely survive in the community); and
   c. hospitalization can reasonably be expected to improve this person's condition or at least prevent his/her deterioration.

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

_Cynthia De Los Santos, M.D._

| Signature | Print Name Signed | Title |
|---|---|---|
| _[signature]_ | _CYNTHIA  DE LOS SANTOS_ | _MD_ |

| Address | Phone Number | Date | | | Time | | |
|---|---|---|---|---|---|---|---|
| _80-45 WINCHESTER BLVD_ | _764-4008_ | MO _02_ | Day _13_ | Yr. _02_ | Hr. _2_ | Min. _30_ | A/P |

_20 y/o A/A ♂ co transferred from_
_Kings County Hospital on a 730_
_Pt was arrested of nothing and was_
_charged c̄ grand larceny and petit larceny_
_Pt reported to using marijuana at that time._
_Pt minimizes extent and severity of_
_MJ and ETOH abuse, "maybe" used PCP._

Form OMH 471 A (1-89) page 2

| | Person's Name (Last, First, M.I.) |
| --- | --- |
| | JACKSON JERMAINE |

Currently at present c̄ hypomania;
thought disorganization — is tangential
and circumstantial grandiose
c̄ limited insight and in some aspects
impaired judgment
Pt is an unreliable historian at times.

rm OMH 471A(2-94)

State of New York
Office of Mental Health

# CERTIFICATE OF EXAMINING PHYSICIAN

Person's Name (Last, First, M.I.)

C Number 122525

**Bobby White.**

Sex .................................   Date of Birth 122545

**Male**      **12/10/1965**

### To Support and Application for Involuntary Admission

Address   CPC 80-45 Winchester Blvd. Queens Village, N.Y. 11427

## CERTIFICATION

hereby certify that:

I,      **Leslie Antoine,**

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person.

   on:   **12/30/2005**   at *Creedmoor Psychiatric Center.*

3. I find:

   d.  this person is in need of involuntary care and treatment in a hospital providing inpatient services for the mentally ill *("in need of involuntary care and treatment" means that the person has a mental illness for which care and treatment as a patient in a hospital is essential to such person's welfare and whose judgement is so impaired that he or she is unable to understand the need for such care and treatment)*; and

   b.  as a result his or her mental illness, this person poses a substantial threat of harm to self or others ("*substantial threat of harm*" *may encompass (ii) the person's refusal or inability to meet his or her essential need for food, shelter, clothing, or health care, or (ii)  the person's history of dangerous conduct associated with non-compliance with mental health treatment programs*).

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| ignature | Print Name Signed | Title |
|---|---|---|
| *[signature]* | Leslie Antoine | M.D. Psychiatrist |

| ddress | Phone Number | Date | Time | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0-45 Winchester Blvd Queens Village,N.Y. 11427 | 1-718-264-4139 | 12/30/2005 | 1:45 P.M. | | | | | |
| | | Mo. | Day | Yr. | | Hr. | Min. | AM/PM |

.0 year old black, single, unemployed, undomiciled male was admitted to CPC on transfer from Bellevue Hospital Center on '30.40 CPL status. Patient was found to be an incapacitated person in that as a result of mental illness lacks capacity to inderstand the proceedings against him or to assist in his defense, Order for 730 Examination was given by the Court.. Patient is till found to be disorganized, guarded , paranoid, uncooperative, hostile , psychotic, therefore considered dangerous to himself nd others and in need of inpatient care for stabilization of his mental process.

FORM OMH 471A (1-89)

State of New York
Office of Mental Health

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Person's Name (Last, First, M.I.): *Laviscount, Winnie* 06938

Sex: F         Date of Birth: 2/18/54

Address: CPC         80

# CERTIFICATION

I, _SYAMALA G. DAS M.D_ , hereby certify that:
(Name of Examining Physician)

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person
   on: [1 0 | 1 0 | 0 2] (MO. DAY YEAR) at _Creedmoor Psychiatric Center._
   (place where examined)

3. I find:
   a. this person has a mental illness for which care and treatment in a mental hospital is appropriate;
   b. as a result of this mental illness, this person poses a substantial threat of harm to him/herself or others ("substantial threat of harm to him/herself" shall include the inability to safely survive in the community); and
   c. hospitalization can reasonably be expected to improve this person's condition or at least prevent his/her deterioration.

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| Signature | Print Name Signed | Title |
|---|---|---|
| *Syamala Das* | SYAMALA G. DAS MD | Psychiatrist |

| Address 80-45 Winchester Blvd. Queens Village, NY. 11422 | Phone Number 718-264-4008 | Date 10 Mo. 10 Day 02 Yr. | Time 9 Hr. 52 Min. AM PM |

This is a 48 yr. old African American married female, residing with her husband and 10 children was admitted to CPC on a 730.40 CPL Status on 10/7/02. She is charged with Assault III and Harassment II. He denies hx of substance abuse. As per pt. one previous adm. to CPC at the age of 16 and 2-3 adm. to Hollis wood hospital this year. On evaluation pt. is calm, cooperative

Form OMH 471 A (1-89) page 2

| | Person's Name (Last, First, M.I.) |
|---|---|

Diagnostically, she is paranoid and guarded. Claims that she is protected by CIA. Her mood is elated. Her insight and judgement impaired. She is non-compliant with the treatment. Pt is psychotic and needs stabilization.

Pamela Dorn

FORM OMH 471A (1-89)

State of New York
Office of Mental Health

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Person's Name (Last, First, M.I.)
*Laviscount, Winnie    069358*

Sex *F*        Date of Birth *2/18/64*

Address *CPC            8B*

## CERTIFICATION

I, _*CYNTHIA De los SANTOS MD*_ , hereby certify that:
   (Name of Examining Physician)

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person
   on: | 1 0 | 0 9 | 0 2 | at *Creedmoor Psychiatric Center*
        MO   DAY   YEAR        (place where examined)

3. I find:
   a. this person has a mental illness for which care and treatment in a mental hospital is appropriate;
   b. as a result of this mental illness, this person poses a substantial threat of harm to him/herself or others ("substantial threat of harm to him/herself" shall include the inability to safely survive in the community); and
   c. hospitalization can reasonably be expected to improve this person's condition or at least prevent his/her deterioration.

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| Signature | Print Name Signed | Title |
|---|---|---|
| *C. MdSantos* | *C. DE LOS SANTOS* | *PSYCHIATRIST* |

| Address *C. P. C.  80-45 Winchester Blvd  Queens Village* | Phone Number *764 - 4008* | Date | | | Time | |
|---|---|---|---|---|---|---|
| | | 10 Mo. | 09 Day | 02 Yr. | 4 Hr. Min. | AM PM |

*48 y/o African / Native American, married ♀ is
admitted to CPC on a 730.40 CPL status after she was
charged c̄ harassment and assault. She has a h/o
hospitalizations, 2-3x at Hollиswood Hospital, following
the aggressive behavior e.g. hitting a ♀ in a grocery store.
Pt has no h/o substance abuse. She has a h/o
non-compliance c̄ meds, stating that nothing is wrong c̄ her*

Form OMH 471 A (1-89) page 2

| | Person's Name (Last, First, M.I.) |
|---|---|
| | |

She reports that the 1st time she was hospitalized at [Hollywood], she was released upon "court order", did not take meds while there, was re-hospitalized after she written down.

On MSE, she was [cooperative] but [becoming] argumentative c her [illegible] issues. She [insisted] c [illegible] delusions - "they set me up." that the [doctor] at HH was vindictive; @ [illegible] Mood & [illegible], [illegible] c broad and appropriate [illegible] c [intrusive] @ SM-I/P

No [mpsi], [illegible] judgment

[illegible] needs hospitalization for stabilization of her [illegible], [illegible] & medication adjustment c/o "memory problem", blaming it on meds

/Mdc
Dr [illegible]

FORM OMH 471A (1-89)

State of New York
Office of Mental Health

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Person's Name (Last, First, M.I.)  120 - 88

Mangal Omqwathe

Sex  F   Date of Birth  9/1/58

Address  CPC

## CERTIFICATION

I, **B. K. SINGH MD**, hereby certify that:
*(Name of Examining Physician)*

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person
   on: `06 30 02` (MO DAY YEAR) at **Creedmoor Psych. Center**
   *(place where examined)*

3. I find:
   a. this person has a mental illness for which care and treatment in a mental hospital is appropriate;
   b. as a result of this mental illness, this person poses a substantial threat of harm to him/herself or others ("substantial threat of harm to him/herself" shall include the inability to safely survive in the community); and
   c. hospitalization can reasonably be expected to improve this person's condition or at least prevent his/her deterioration.

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| Signature B. K. Singh MD | Print Name Signed B. K. SINGH | Title Psych. I |
|---|---|---|

Address Creedmoor Psych Center - Queens Village NY

Phone Number (718) 264-4008

Date 06 30 02   Time — AM/PM

43 yr old, S/F of Trinidad Guyanese Dr. origin was admitted to CPC on 5/31/02 on a CPL 730.40 status transferred from Riker's Island Prison. Pt. was charged with Criminal Trespassing 3° on CPL eval action Pt. was found Not Fit to Proceed.

Form OMH 471 A (1-89) page 2

| | Person's Name (Last, First, M.I.) |

Pt. went to office of Comptroller at Educational Alliance office believing that their office was plotting against her, stole trillions of dollars from her, that Mayor Guliania was involved in her case.

Pt. has past H/o Psych. illness & Psych. admissions since 1996. Has H/O Treatment Non-compliance.

At present Pt. superficially calm female, pleasant however becomes guarded, evasive. Pt. continues to believe that she was invited to come to Education Alliance office, that she should have gone there with Police. Pt. is considered delusional, Psychotic with impaired insight & judgement. She needs Continued Psych. In-Patient admission.

Form OMH 471 (MH) (2-94) Page 2

State of New York
OFFICE OF MENTAL HEALTH

| State of New York OFFICE OF MENTAL HEALTH | APPLICATION FOR INVOLUNTARY ADMISSION ON MEDICAL CERTIFICATION Section 9.27 Mental Hygiene Law |
|---|---|

## II. GENERAL INFORMATION

### A. Mental Hygiene Legal Service

The Mental Hygiene Legal Service is an agency of the New York State Supreme Court which provides protective legal services, advice and assistance, including representation, to all patients admitted to psychiatric facilities. Patients are entitled to be informed of their rights regarding hospitalization and treatment, and have a right to a court hearing, to be represented by a lawyer, and to seek independent medical opinion.

There is a Mental Hygiene Legal Service office in many psychiatric hospitals. Where there is no office at the hospital, a representative of the Service visits periodically and frequently. Any patient or anyone in his or her behalf may see or communicate with a representative of the Service by telephoning or writing directly to the office of the Service or by requesting someone on the staff of the patient's ward to make such arrangements for him or her. The Mental Hygiene Legal Service representative for this hospital may be reached at: _____

### B. Reimbursement

The patient is legally responsible for the cost of care. Additionally responsible are the patient's spouse and in some cases the parents of a patient under the age of 21. Also legally responsible are the committee, guardian, or trustee of a trust fund established for the support of the patient, or any fiduciary or payee of funds for the patient.

Charges may be waived or reduced when there is inability to pay. Any person who applies for a waiver or reduction of charges must cooperate in a financial investigation to determine ability to pay.

## PART A | Application for Admission

I hereby apply for the admission of _Sung Kim_
(Name of person)

to _Creedmoor Psychiatric Center_, a hospital providing services for the mentally ill.
(Name of Hospital)

My reasons for applying for admission of this person are as follows:

_Pt is a 47 Korean, married female, transferred from Elmhurst Hospital Forensic Unit on CPL 730.40, charged w assault. Pt absolutely denies that she attacked anybody and describes the instant offense as if she was assaulted. Pt states she has no mental illness. Pt's conflicting information on repeated interviewing, was described as delusional, distractible and hearing voices. At this time pt is in need of further inpatient stay for further evaluation and stabilization._

Under penalty of perjury, I attest that the information supplied on this application is true to the best of my knowledge and belief.

| Signature of Applicant | Relationship/Title |
|---|---|
| _Charlotte Ditzen_ | _Exec Dir_ |

| Address | | Date | | |
|---|---|---|---|---|
| _CPC, 80-45 Winchester Blvd, Qu, NY_ | | 8 | 5 | 02 |
| | | MO. | DAY | YEAR |

## PART B | Psychiatrist's Confirmation of Need for Involuntary Care and Treatment in a Hospital

I HAVE EXAMINED THE ABOVE-NAMED PERSON PRIOR TO ADMISSION[1] AND CONFIRM:

- that the person is in need of involuntary care and treatment in a hospital providing inpatient services for the mentally ill; and
- that as a result of his or her mental illness, the person poses a substantial threat of harm to self or others ("substantial threat of harm" may encompass (i) the person's refusal or inability to meet his or her essential need for food, shelter, clothing, or health care, or (ii) the person's history of dangerous conduct associated with noncompliance with mental health treatment programs).

| Signature | | Date | | | Time | |
|---|---|---|---|---|---|---|
| | | 8 | 1 | 02 | 11:30 | A.M. |
| | | MO. | DAY | YEAR | | P.M. |

[1]NOTE: Part B does not have to be completed for *conversions* of already-admitted patients to Involuntary 9.27 Status.    9-30-02

Form OMH 471 (MH) (2-94)

State of New York
OFFICE OF MENTAL HEALTH

## APPLICATION FOR
# INVOLUNTARY ADMISSION ON MEDICAL CERTIFICATION
Section 9.27 Mental Hygiene Law

*Note: The Examining Physician must consider alternative forms of care and treatment that might be adequate to provide for the person's needs without requiring involuntary hospitalization.*

## I. GENERAL PROVISIONS FOR INVOLUNTARY ADMISSION ON MEDICAL CERTIFICATION

### A. Standard for Admission

A person alleged to be mentally ill and in need of involuntary care and treatment may be admitted to a hospital providing inpatient services for the mentally ill, upon the certificates of two examining physicians accompanied by an application for admission for such person.

- "In need of involuntary care and treatment" means that the person has a mental illness for which care and treatment as a patient in a hospital is essential to such person's welfare and whose judgment is so impaired that he or she is unable to understand the need for such care and treatment.
- The person in need of involuntary care and treatment must, as a result of his or her mental illness, pose a substantial threat of harm to self or others.

### B. Application

- The application must be made within 10 days prior to admission by:
  - any person with whom the person alleged to be mentally ill resides;
  - the father or mother, husband or wife, brother or sister or the child of any such person or the nearest available relative;
  - the committee of such person;
  - an officer of any public or well recognized charitable institution or agency or home in whose institution the person alleged to be mentally ill resides;
  - the director of community services or social services official, as defined in the social services law, of the city or county in which any such person may be;
  - the director of the hospital or of a general hospital, as defined in article twenty-eight of the public health law, in which the patient is hospitalized;
  - the director or person in charge of a facility providing care to alcoholics or substance abusers or substance dependent persons;
  - the director of the division for youth, acting in accordance with the provisions of section five hundred seventeen of the executive law;
  - subject to the terms of any court order or any instrument executed pursuant to section three hundred eighty-four-a of the social services law, a social services official or authorized agency which has, pursuant to the social services law, care and custody or guardianship and custody of a child over the age of sixteen;
  - subject to the terms of any court order, a person or entity having custody of a child pursuant to an order issued pursuant to section seven hundred fifty-six or one thousand fifty-five of the family court act; or
  - a qualified psychiatrist* who is either supervising the treatment of or treating such person for a mental illness in a facility licensed or operated by the Office of Mental Health (* means a physician licensed to practice medicine in NY State, who is a diplomate of the American Board of Psychiatry and Neurology or is eligible to be certified by that Board, or who is certified by the American Osteopathic Board of Neurology and Psychiatry or is eligible to be certified by that Board).

### C. Certification by Two Examining Physicians

The application must be supported and accompanied by two Certificates of Examining Physician (Form 471A). The examinations may be conducted jointly, but each examining physician must execute a separate certificate. If the examining physician knows that the person under examination has received prior treatment, s/he must, if possible, consult with the physician or psychologist furnishing such prior treatment.

The required examinations must be made within 10 days prior to the date of the patient's admission to the hospital.

A person is disqualified from acting as an examining physician if:
- he or she is not licensed to practice medicine in New York State.
- he or she is a relative of the person applying for admission, or of the person alleged to be in need of hospitalization.
- he or she is a manager, trustee, visitor, proprietor, officer, director, or stockholder of the hospital in which the patient is hospitalized or to which it is proposed to admit such person, or has any financial interest in such hospital other than receipt of fees, privileges or compensation for treating or examining patients in such hospital.
- he or she is on the staff of a proprietory hospital to which it is proposed to admit such person.

### D. Hospital Evaluation, Admission and Retention

A physician on the psychiatric staff of the hospital, other than the original examining physicians, must examine the person alleged to be mentally ill and confirm the need for involuntary care and treatment prior to admission.

Subsequent to admission, if no request for a court hearing is made, the director may retain the patient for up to 60 days without taking other action.

If the hospital director determines that the condition of the patient requires hospitalization beyond 60 days:
- The patient may remain as a voluntary or informal patient if willing and suitable for such status.
- If the patient is unwilling or not suitable to remain as a voluntary or informal patient, the director must apply, before the end of the 60 day period, for a court order authorizing continued retention of the patient. The director must also inform the patient, the Mental Hygiene Legal Service, and others who received the original notice of the patient's commitment, that said director is applying for a court order, to give them the opportunity to request a hearing before the court, if they so desire.

*State and Federal Laws prohibit discrimination based on race, color, national origin, age, sex, or disability.*

FORM OMH 471A (1-89)

State of New York
Office of Mental Health

## CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Person's Name (Last, First, M.I.)

KIM SUNG

121-52

Sex F

11/24/5

CPC

Address

133/8/3

## CERTIFICATION

I, **B. R. SINGH MD** , hereby certify that:
*(Name of Examining Physician)*

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person

   on: **08 02 02** at **Creedmoor Psych. Center**
   ⎣ MO. ⎪ DAY ⎪ YEAR ⎦ *(place where examined)*

3. I find:
   a. this person has a mental illness for which care and treatment in a mental hospital is appropriate;
   b. as a result of this mental illness, this person poses a substantial threat of harm to him/herself or others ("substantial threat of harm to him/herself" shall include the inability to safely survive in the community); and
   c. hospitalization can reasonably be expected to improve this person's condition or at least prevent his/her deterioration.

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| Signature | Print Name Signed | Title |
|---|---|---|
| B. R. Singh MD | B. R. SINGH MD | Psych. I |

| Address | Phone Number | Date | | | Time | | |
|---|---|---|---|---|---|---|---|
| CPC 80-45 Winchester Blvd QU, NY 11427 | (718)264-4008 | Mo. 08 | Day 02 | Yr. 02 | Hr. | Min. | A/F |

47 yr/old M/F Korean lives with her
husband & son was admitted to CPC on
7/30/02 on a CPL 730.40 status transfer
from Riker's Island Prison → EHC.
On 5/23/02 Pt. was arrested for an
alleged Assault on her chinese neighbor.
Pt. was hearing voices of of

Form OMH 471 A (1-89) page 2

| | Person's Name (Last, First, M.I.) |
|---|---|

critical type at the time. On Court
order. Psych. evaluation Pt. was
considered Not fit to Proceed.

Pt. has past H/O emotional
problems, hearing voices since her
childhood & tends to become suspicious
& Paranoid at time.

On 8/1/02 Pt. was evaluated
with help from korean-speaking
translator. Pt. was unable to
explain circumstances of above
arrest. She became Intense, angry,
excitable at time & denied any
mental illness or need for
Psych. treatment. She was Confused
& disorganized in thinking. Insight
& judgement greatly Impaired. Pt.
was considered a danger to self
& others & needs Continued Psych.
In-Patient treatment.

FORM OMH 471A (1-89)

State of New-York
Office of Mental Health

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Person's Name (Last, First, M.I.)

*Kim, Sung*

Sex *F*   Date of Birth *11/24/54*

Address *CPC - 8B*

## CERTIFICATION

I, _CYNTHIA DE LOS SANTOS, MD_, hereby certify that:
(Name of Examining Physician)

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person
   on: | 0 8 | 0 1 | 0 2 | at _Creedmoor Psych Ctr - 8B_
        | MO. | DAY | YEAR |                (place where examined)

3. I find:
   a. this person has a mental illness for which care and treatment in a mental hospital is appropriate;
   b. as a result of this mental illness, this person poses a substantial threat of harm to him/herself or others ("substantial threat of harm to him/herself" shall include the inability to safely survive in the community); and
   c. hospitalization can reasonably be expected to improve this person's condition or at least prevent his/her deterioration.

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| Signature | Print Name Signed | Title |
|---|---|---|
| *CM DeLosSantos* | CYNTHIA DE LOS SANTOS, M.D. | *PSYCHIATRIST* |

| Address *C.P.C.* *80-45 Winchester Blvd, QV.* | Phone Number *264- 4008* | Date | | Time | |
|---|---|---|---|---|---|
| | | 08 Mo. | 01 Day | 02 Yr. | 11 Hr. | 10 Min. AM/PM |

*Ms. Kim is a 47 y/o Korean ♀ who was admitted to CPC on 7/30/02 as a CPL 730.40 c̄ instant offense of assault in the 2nd. Pt stated that "2 Chinese people" entered her apartment, for unknown reasons. Ms. Kim stated that a fight occurred. Pt has a h/o psychiatric hospitalizations in Korea and in the US, h/o hospitalizations since a young girl. no known h/o a suicidal gesture at age 17y/o (OD) and no other known*

Form OMH 471 A (1-89) page 2

| Person's Name (Last, First, M.I.) |
|---|
| Kim, Sung |

No assaultive behavior. Pt denies PSA, admits to drinking a can of beer everynight. Pt c̄ No non-compliance c̄ Tx

MSE: (Interview done through translator)

casually dressed, person 9, poorly groomed, poor eye contact, cooperative at times, guarded in others, controlled. Mood is irritable, labile, affect is appropriate to mood, speech is fluent in Korean, spontaneous; @ paranoid delusions, a Chinese people entered her Apt, threatening her; a Korean passenger throwing things at her. Pt becomes vague about hallucinations, denying it although she had acknowledged it in the past. Denies S/H I/P. Pt c̄ no insight — "I have no mental illness", feels victimized by the system "is controlled by the legal system, her family, by everything". Judgment is impaired.

Dx: Schizophrenia Dx: Paranoid.

Pt is in need of hospitalization for stabilization and resolution of her psychotic symptoms, presents c̄ paranoid delusions, guardedness, minimizing and denial of Tx no insight and poor impaired judgment.

Form OMH 471A (2-94)

State of New York
Office of Mental Health

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Person's Name (Last, First, M.I.)    85054

Collins, Alphonsus

Sex  Male                Date of Birth  8/20/31

Address  CPC            135

## CERTIFICATION

I, _____PHILIP NINAN MD_____, hereby certify that:
*(Name of Examining Physician)*

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person
   on: | 03 | 06 | 03 | at CPC / Bldg 40/ 9B
        | MO. | DAY | YEAR |
        *(place where examined)*

3. I find:
   a. this person is in need of involuntary care and treatment in a hospital providing
      inpatient services for the mentally ill *("in need of involuntary care and treatment"
      means that the person has a mental illness for which care and treatment as a
      patient in a hospital is essential to such person's welfare and whose judgment is so
      impaired that he or she is unable to understand the need for such care and treat-
      ment)*; and
   b. as a result of his or her mental illness, this person poses a substantial threat of
      harm to self or others *("substantial threat of harm" may encompass (i) the person's
      refusal or inability to meet his or her essential need for food, shelter, clothing, or
      health care, or (ii) the person's history of dangerous conduct associated with non-
      compliance with mental health treatment programs).*

4. I have formed my opinion on the basis of facts and information I have obtained (described
   below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inade-
   quate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible,
   consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in
   this certificate are true.

| Signature _P Ninan MD_ | Print Name Signed  P. NINAN | Title  Staff / Supervisor |
| Address  86-45 Winchester Blvd, Green Village NY 11427 | Phone Number  718 264 4140 | Date  03 | 06 | 03   Time  3:55 AM/PM |

72 yr old homeless white male who was
arrested for Criminal Trespass 3° and was
found unfit to stand trial and was
referred for examination on admission. He is
dishevelled and malodorous, incoherent

Form OMH 471A (2-94) page 2

| | Person's Name (Last, First, M.I.) |
|---|---|

and unable to have a goal directed conversation, talking and laughing inappropriately. He is disorganized and unable to take care of himself and needs inpatient evaluation and stabilization

Form OMH 471A (2-94)

State of New York
Office of Mental Health

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Person's Name (Last, First, M.I.)

Collins, Alphonsus   065054

8/20/31

Sex. M. ......................Date of Birth ........

Address   CPC   9A

## CERTIFICATION

I, RADHA SANKAR, M.J _____, hereby certify that:
(Name of Examining Physician)

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person
   on  |0 3|0 6|0 3|  at  Creedmoor .
       MO. DAY YEAR            (place where examined)

3. I find:
   a. this person is in need of involuntary care and treatment in a hospital providing inpatient services for the mentally ill ("in need of involuntary care and treatment" means that the person has a mental illness for which care and treatment as a patient in a hospital is essential to such person's welfare and whose judgment is so impaired that he or she is unable to understand the need for such care and treatment); and
   b. as a result of his or her mental illness, this person poses a substantial threat of harm to self or others ("substantial threat of harm" may encompass (i) the person's refusal or inability to meet his or her essential need for food, shelter, clothing, or health care, or (ii) the person's history of dangerous conduct associated with non-compliance with mental health treatment programs).

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| Signature R Sankar | Print Name Signed R SANKAR M.J | Title Psychiatrist |
|---|---|---|

| Address 80-45 Winchester Blvd, Queens Village | Phone Number 718-264-4007 | Date Mo. 3 Day 6 Yr. 03 | Time Hr. 1 Min. 15 AM/PM |

This is a 72 yrs old unemployed, homeless white man
that arrested on 1/30/03 for Criminal trespassing 3°.
He was found unfit to proceed on 730 examination
at Bellevue and sent to Creedmoor from there
for further treatment. He was deshiveled and

Form OMH 471A (2-94) page 2

| | Person's Name (Last, First, M.I.) |
| --- | --- |

malodores when he came. He is totally disorganized in his thinking with incoherent speech. Often speaks in a low inaudible voice, whispering. He is unable to focus. Talks to himself, laughing and gesturing to himself inappropriately in response to auditory hallucinations. He is also highly delusional claiming to know various stars, to be a real estate agent, worked in foreign exchange etc. Pt does not believe he needs to be in the hospital or that he needs medication. Pt has had multiple hospitalizations and is historically non-compliant to medication.

Form OMH 471A (2-94)

State of New York
Office of Mental Health

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Person's Name (Last, First, M.I.): Brandt Shawn 122121

Sex: Male          Date of Birth: 5/25/60

Address: CPC

## CERTIFICATION

I, _PHILIP NINAN_, hereby certify that:
(Name of Examining Physician)

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person
   on: 06 08 04   at _Bldg 40/9B_
       MO. DAY YEAR        (place where examined)

3. I find:
   a. this person is in need of involuntary care and treatment in a hospital providing inpatient services for the mentally ill *("in need of involuntary care and treatment" means that the person has a mental illness for which care and treatment as a patient in a hospital is essential to such person's welfare and whose judgment is so impaired that he or she is unable to understand the need for such care and treatment)*; and
   b. as a result of his or her mental illness, this person poses a substantial threat of harm to self or others *("substantial threat of harm" may encompass (i) the person's refusal or inability to meet his or her essential need for food, shelter, clothing, or health care, or (ii) the person's history of dangerous conduct associated with non-compliance with mental health treatment programs).*

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| Signature | Print Name Signed | Title |
|---|---|---|
| _Ninan MD_ | P. NINAN | MD |

| Address | Phone Number | Date | | Time |
|---|---|---|---|---|
| 80-45 Winchester Blvd Queens Village, NY 11427 | 718 264 6160 | 06 MO. 08 Day 04 Yr. | 3 Hr. 45 Min. AM PM |

44 yr old white male who was admitted
on a CPC 730.60 status after he was
found unfit to stand trial for the
charges of Assault 3° and Harassment 2°.
He continues to be psychotic + delusional

## CPC 05 1433

Form.OMH 471A (2-94) page 2

| Person's Name (Last, First, M.I.) |

of grandeur and persecution and
needs impatient stabilization

Form OMH 471A (2-94)

State of New York
Office of Mental Health

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Person's Name (Last, First, M.I.)

*Cordero Carderes*

Sex *Male*          Date of Birth *10/1/75*

Address *CPC*

## CERTIFICATION

I, _____ PHILIP NINAN _____, hereby certify that:
*(Name of Examining Physician)*

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person
   on: | 0 7 | 0 8 | 0 3 | at *CPC, Bldg 60/ Ward 9B*
       | MO. | DAY | YEAR |
   *(place where examined)*

3. I find:
   a. this person is in need of involuntary care and treatment in a hospital providing inpatient services for the mentally ill *("in need of involuntary care and treatment" means that the person has a mental illness for which care and treatment as a patient in a hospital is essential to such person's welfare and whose judgment is so impaired that he or she is unable to understand the need for such care and treatment)*; and
   b. as a result of his or her mental illness, this person poses a substantial threat of harm to self or others *("substantial threat of harm" may encompass (i) the person's refusal or inability to meet his or her essential need for food, shelter, clothing, or health care, or (ii) the person's history of dangerous conduct associated with noncompliance with mental health treatment programs).*

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| Signature | Print Name Signed | Title |
|---|---|---|
| *(signature)* | P. NINAN | *Staff Psychiatrist* |

| Address | Phone Number | Date | | | Time | | |
|---|---|---|---|---|---|---|---|
| 80-45 Winchester Blvd Queens Village, NY 11427 | 718 264 4140 | 07 Mo. | 08 Day | 03 Yr. | 9 Hr. | 30 Min. | AM/PM |

*27 yr old single, hispanic male who was admitted on a 730.60 CPC status. It has a long psychiatric history with multiple hospitalizations since Jan '03 due to noncompliance and substance*

## CPC 05 1293

abuse. He is delusional and paranoid
believes people are watching him, is
grandiose about winning lottery etc.
He is overtly psychotic and in
need of inpatient stabilization

Form OMH 471A (2-94)

State of New York
Office of Mental Health

Person's Name (Last, First, M.I.)

*Brault Shawn*

122121

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Sex *male*                    5/25/60
                              Date of Birth

*CPC*                         *9B*
Address

# CERTIFICATION

I, *LESLIE ANTOINE M.D —*, hereby certify that:
(Name of Examining Physician)

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person

   on: | 06 | 08 | 04 | at *CPC. Bldg 40*
       | MO | DAY | YEAR |                (place where examined)

3. I find:
   a. this person is in need of involuntary care and treatment in a hospital providing inpatient services for the mentally ill *("in need of involuntary care and treatment" means that the person has a mental illness for which care and treatment as a patient in a hospital is essential to such person's welfare and whose judgment is so impaired that he or she is unable to understand the need for such care and treatment)*; and
   b. as a result of his or her mental illness, this person poses a substantial threat of harm to self or others *("substantial threat of harm" may encompass (i) the person's refusal or inability to meet his or her essential need for food, shelter, clothing, or health care, or (ii) the person's history of dangerous conduct associated with non-compliance with mental health treatment programs)*.

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| Signature | Print Name Signed | Title |
|---|---|---|
| *[signature]* | *L. ANTOINE M.D.* | *Staff Psychiatrist* |

| Address *88-40 Winchester Blvd* | Phone Number *718* | Date | | | Time | | |
| *Queens Village, NY 11427* | *264-4139* | Mo. *06* | Day *08* | Yr. *04* | Hr. *3* | Min. *30* | AM/PM |

*44 year old Caucasian separated, unemployed male was admitted to CPC on a CPL 730.40 status evaluation which was ordered by the Court based on patient's disruptive, confused and bizarre behavior - Patient was found*

Form OMH 471A (2/93)

Person's Name (Last, First, M.I.)

unfit to stand trial for the charges of Assault in the Third degree and harassment in the Second degree - Patient is still psychotic expressing delusions of prosecution, grandiosity. Patient needs inpatient care for stabilization of his mental process -

rm OMH 671A(2-94)

State of New York
Office of Mental Health

| CERTIFICATE OF EXAMINING PHYSICIAN | Person's Name (Last, First, M.I.) | C Number |
|---|---|---|
| | Blodywon, Zhordrack | 122345 |

| To Support and Application for Involuntary Admission | Sex ........................ Date of Birth ........................ |
|---|---|
| | Male | 12/15/71 |
| | Address | 80-45 Winchester Blvd, Bldg 40, Ward 9B |

## CERTIFICATION

I,   **Leslie Antoine, M.D.,**   hereby certify that:

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person.

   on:  **05/05/05**   at *Creedmoor Psychiatric Center.*

3. I find:

   d. this person is in need of involuntary care and treatment in a hospital providing inpatient services for the mentally ill *("in need of involuntary care and treatment" means that the person has a mental illness for which care and treatment as a patient in a hospital is essential to such person's welfare and whose judgement is so impaired that he or she is unable to understand the need for such care and treatment);* and

   b. as a result his or her mental illness, this person poses a substantial threat of harm to self or others *("substantial threat of harm" may encompass (ii) the person's refusal or inability to meet his or her essential need for food, shelter, clothing, or health care, or (ii) the person's history of dangerous conduct associated with non-compliance with mental health treatment programs).*

4. I have formed my opinion on the basis of facts and information I have obtained (described below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inadequate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible, consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in this certificate are true.

| Signature | Print Name Signed | Title |
|---|---|---|
| *[signature]* | Leslie Antoine, M.D. | M.D. |

| Address | Phone Number | Date | Time |
|---|---|---|---|
| 80-45 Winchester Blvd, Ward 9B Queens Village, N.Y 11427. | 718-264-4139 | 05/05/05 | 10:30 AM. |

| | Mo. | Day | Yr. | Hr. | Min. | AM/PM |
|---|---|---|---|---|---|---|

This is a 33 year old , black, single, unemployed male, admitted to Creedmoor Psychiatric Center on CPL status 730.40 ,final order of observation after being found unfit to stand trial for the charges of Criminal Trespas 111, Firearms 11, Harassment11 and possession of a knife/sword. Patient has past history of psychiatric illness. He is socially withdrawn with constricted affect. He has poor insight into his problems. He needs further inpatient care for stabilization of his mental process.

Form OMH 471A (2-94)

State of New York
Office of Mental Health

# CERTIFICATE OF EXAMINING PHYSICIAN

To Support an Application for
Involuntary Admission

Person's Name (Last, First, M.I.)
*Collins, Alphonsus*    85054

Sex *Male*    Date of Birth  8/20/31

Address *CPC*    135

## CERTIFICATION

I, _____ *PHILIP NINAN MD* _____, hereby certify that:
(Name of Examining Physician)

1. I am a physician licensed to practice medicine in New York State.

2. I have with care and diligence personally examined the above named person
   on: | 03 | 06 | 03 | at _____ *CPC / Bldg 40/ 9B* _____
       | MO. | DAY | YEAR |
                                          (place where examined)

3. I find:
   a. this person is in need of involuntary care and treatment in a hospital providing
      inpatient services for the mentally ill *("in need of involuntary care and treatment"*
      *means that the person has a mental illness for which care and treatment as a*
      *patient in a hospital is essential to such person's welfare and whose judgment is so*
      *impaired that he or she is unable to understand the need for such care and treat-*
      *ment)*; and
   b. as a result of his or her mental illness, this person poses a substantial threat of
      harm to self or others *("substantial threat of harm" may encompass (i) the person's*
      *refusal or inability to meet his or her essential need for food, shelter, clothing, or*
      *health care, or (ii) the person's history of dangerous conduct associated with non-*
      *compliance with mental health treatment programs).*

4. I have formed my opinion on the basis of facts and information I have obtained (described
   below and on the reverse side) and my examination of this person.

5. I have considered alternative forms of care and treatment but believe that they are inade-
   quate to provide for the needs of this person, or are not available.

6. If this person has to my knowledge received prior treatment, I have, insofar as possible,
   consulted with the physician or psychologist furnishing such prior treatment.

7. To the best of my knowledge and belief, the facts stated and information contained in
   this certificate are true.

| Signature *Ninan MD* | Print Name Signed *P. NINAN* | Title *Staff / Psychiatrist* |
| Address *80-45 Winchester Blvd, Queens Village NY 11427* | Phone Number *718 264 4140* | Date | 03 | 06 | 03 | Time | 3 | | AM PM | Mo. Day Yr. Hr. Min. |

*72 yr old homeless white male who was*
*arrested for Criminal Trespass 3° but was*
*found unfit to stand trial and was*
*referred for psychiatric treatment. He is*
*delusional and grandiose, incoherent*

Form OMH 471A (2-94) page 2

Person's Name (Last, First, M.I.)

and unable to have a goal directed conversation, talking and laughing inappropriately. He is disorganized and unable to take care of himself and needs impatient evaluation and stabilization