UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
GREGORY B. MONACO, individually and on
behalf of others similarly situated, MENTAL
DISABILITY LAW CLINIC, TOURO LAW
SCHOOL, individually and on behalf of individuals
facing civil commitment and mentally ill individuals
charged with minor felonies and misdemeanors,

**ORDER**

**98-CV-3386 (NGG)(RML)**

Plaintiffs,

-against-

MICHAEL HOGAN, Ph.D., in his official capacity
as Commissioner of the New York State Office of
Mental Health, et al.,

Defendants.
-----------------------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge.

Plaintiffs' motion for leave to amend the Complaint (Docket Entry #464) is hereby referred to Magistrate Judge Robert M. Levy for decision. See Fed. R. Civ. P. 72(a) (non-dispositive matters).

SO ORDERED.

Dated: Brooklyn, New York
       August 25, 2010

s/Nicholas G. Garaufis

NICHOLAS G. GARAUFIS
United States District Judge